IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA PENDERGRASS,            )
                                )
          Plaintiff,            )
                                )
     v.                         )      1:22-cv-491
                                )
KILOLO KIJAKAZI,                )
Acting Commissioner of          )
Social Security,                )
                                )
          Defendant.            )

## ORDER

On August 25, 2023, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 15, 16.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings, (Doc. 10), is **DENIED**, Defendant's Motion for Judgment on the Pleadings, (Doc. 14), is **GRANTED**, that the Commissioner's decision finding no disability is **AFFIRMED**, and that this action is **DISMISSED WITH PREJUDICE.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 11th day of September, 2023.

                                           /s/ William L. Osteen, Jr.
                                           United States District Judge